

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-21-00096-CR

COLT DILLON GAULDING, Appellant

§ On Appeal from the 297th District Court

§ of Tarrant County (1581939R)

V.

§ December 29, 2022

§ Memorandum Opinion by Justice Womack

THE STATE OF TEXAS

§ (nfp)

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgments. It is ordered that the judgments of the trial court are affirmed.

SECOND DISTRICT COURT OF APPEALS

By /s/ Dana Womack
Justice Dana Womack